ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Grundig Business Systems GmbH (erroneously sued as Grundig Intermedia GmbH); GBS North America L.L.C. dba Grundig Business Systems; Smoltz Distributing, Inc.,<br><br>  Defendants. | Case No. 3:12-CV-02696-DMS-WVG<br><br>**PLAINTIFF E.DIGITAL CORPORATION'S NOTICE OF UNOPPOSED EX PARTE MOTION AND UNOPPOSED EX PARTE MOTION RE: APPROVAL OF STIPULATED CONSENT JUDGMENT**<br><br>**Judge: Hon. Judge Dana M. Sabraw**<br>**Ctrm: 13A (Annex)** |

-1-

*E.DIGITAL CORPORATION'S*  
*NOTICE OF UNOPPOSED EX PARTE MOTION*

CASE NO. 3:12-CV-02696-DMS-WVG

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
2  THE SOUTHERN DISTRICT OF CALIFORNIA:
3  Pursuant to Local Civil Rule 7.2, Plaintiff e.Digital Corporation ("Plaintiff"
4  or "e.Digital") hereby presents this *ex parte* motion for an order approving and
5  entering the parties' "Final Stipulation And Consent Judgment To Permanent
6  Injunction" ("Stipulated Judgment"), a copy of which attached is hereto as Exhibit
7  "A." None of the Defendants have appeared in this case to date. It is believed that
8  this motion is not opposed.

```
                                    Respectfully submitted,
    Dated: May 29, 2013             HANDAL & ASSOCIATES
                                    By:    /s/Pamela C. Chalk
                                        Anton N. Handal
                                        Gabriel G. Hedrick
                                        Pamela C. Chalk
                                        Attorneys for Plaintiff
                                        e.Digital Corporation
```

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

*E.DIGITAL CORPORATION'S*
*NOTICE OF UNOPPOSED EX PARTE MOTION*

CASE NO. 3:12-CV-02696-DMS-WVG

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 29th day of May, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: May 29, 2013        By:  /s/Pamela C. Chalk
                                Anton N. Handal
                                Pamela C. Chalk
                                Gabriel G. Hedrick
                                Attorneys for Plaintiff
                                e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*E.DIGITAL CORPORATION'S*
*NOTICE OF UNOPPOSED EX PARTE MOTION*                CASE NO. 3:12-CV-02696-DMS-WVG