ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Grundig Business Systems GmbH (erroneously sued as Grundig Intermedia GmbH); GBS North America L.L.C. dba Grundig Business Systems; Smoltz Distributing, Inc.,<br><br>    Defendants. | Case No. 3:12-CV-02696-DMS-WVG<br><br>**PLAINTIFF E.DIGITAL CORPORATION'S AMENDED NOTICE OF UNOPPOSED EX PARTE MOTION AND UNOPPOSED EX PARTE MOTION RE: APPROVAL OF STIPULATED CONSENT JUDGMENT**<br><br>**Judge: Hon. Judge Dana M. Sabraw**<br>**Ctrm: 13A (Annex)** |

-1-

*E.DIGITAL CORPORATION'S*  CASE NO. 3:12-CV-02696-DMS-WVG
*AMENDED NOTICE OF UNOPPOSED EX PARTE MOTION*

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

1     TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
2 THE SOUTHERN DISTRICT OF CALIFORNIA:
3     Pursuant to Local Civil Rule 7.2, Plaintiff e.Digital Corporation ("Plaintiff"
4 or "e.Digital") hereby presents this *ex parte* motion for an order:
5   1)     Approving the stipulation of the parties to substitute
6         in Grundig Business Systems GmbH as a Defendant in this matter
7         instead of and in place of erroneously sued Grundig Intermedia GmbH
8         and GBS North America L.L.C. dba Grundig Business Systems;
9   2)     Enter an order approving and entering the parties' "Final Stipulation
10         And Consent Judgment To Permanent Injunction" ("Stipulated
11         Judgment"), a copy of which attached is hereto as Exhibit "A."; and,
12   3)     Enter the Stipulated Judgment as the final judgment in this matter.
13     None of the Defendants have appeared in this case to date. It is believed
14 that this motion is not opposed.

                              Respectfully submitted,

Dated: June 11, 2013     **HANDAL & ASSOCIATES**
                              By:    /s/Pamela C. Chalk
                                  Anton N. Handal
                                  Gabriel G. Hedrick
                                  Pamela C. Chalk
                                  Attorneys for Plaintiff
                                  e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

*E.DIGITAL CORPORATION'S*                           CASE NO. 3:12-CV-02696-DMS-WVG
*AMENDED NOTICE OF UNOPPOSED EX PARTE MOTION*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 11th day of June, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: June 11, 2013         By: /s/Pamela C. Chalk
                                 Anton N. Handal
                                 Pamela C. Chalk
                                 Gabriel G. Hedrick
                                 Attorneys for Plaintiff
                                 e.Digital Corporation

1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*E.DIGITAL CORPORATION'S*                            CASE NO. 3:12-CV-02696-DMS-WVG
*AMENDED NOTICE OF UNOPPOSED EX PARTE MOTION*