1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Grundig Business Systems GmbH (erroneously sued as Grundig Intermedia GmbH); GBS North America L.L.C. dba Grundig Business Systems; Smoltz Distributing, Inc.,<br><br>    Defendants. | Case No. 3:12-CV-02696-DMS-WVG<br><br>**ORDER GRANTING PLAINTIFF E.DIGITAL CORPORATION'S AMENDED AND UNOPPOSED EX PARTE MOTION RE: APPROVAL OF STIPULATED CONSENT JUDGMENT**<br><br>**Judge:  Hon. Judge Dana M. Sabraw<br>Ctrm: 13A (Annex)** |

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

1       Having reviewed Plaintiff e.Digital Corporation's unopposed Amended *Ex Parte* Motion for an order approving and entering the parties' "Final Stipulation And Consent Judgment To Permanent Injunction" ("Stipulated Judgment") as the final judgment of the Court in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

      1)    The Court approves the stipulation of the parties to substitute in Grundig Business Systems GmbH as a Defendant in this matter instead of and in place of erroneously sued Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems; and

      2)    The Court approves the Stipulated Judgment.

.

Dated: June 25, 2013

UNITED STATES DISTRICT JUDGE

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-
***ORDER***     CASE NO. 3:12-CV-02696-DMS-WVG