ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Grundig Business Systems GmbH (erroneously sued as Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems); Smoltz Distributing, Inc.,<br><br>  Defendants. | Case No. 3:12-CV-02696-DMS-WVG<br><br>[PROPOSED] FINAL STIPULATION AND CONSENT JUDGMENT TO PERMANENT INJUNCTION<br><br>Judge: Hon. Judge Dana M. Sabraw<br>Ctrm: 13A (Annex) |

Come now Plaintiff e.Digital Corporation ("e.Digital" or "Plaintiff") and Defendants Grundig Business Systems GmbH (erroneously sued as Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems); and, Smoltz Distributing, Inc. (collectively referred to hereafter as "Defendants" or "Grundig"). Plaintiff and Defendants are hereafter referred to collectively as the Parties.

-1-

[PROPOSED] CONSENT JUDGMENT    CASE NO. 3:12-CV-02696-DMS-WVG

The Parties, having stipulated to this Judgment, it is ORDERED, ADJUDGED and DECREED that:

1. Defendant Grundig Business Systems GmbH was initially erroneously sued as Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems. Therefore, pursuant to Federal Rules of Civil Procedure Rule 15(c) and the stipulation of the Parties, Grundig Business Systems GmbH is hereby substituted into this matter as a Defendant instead of and in place of Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems.

2. This Court has personal jurisdiction over Defendants Grundig Business Systems GmbH, GBS North America L.L.C. dba Grundig Business Systems, and Smoltz Distributing, Inc.

3. Grundig Business Systems GmbH, a German company, has agreed and stipulates to the waiver of the Service of the Summons and Complaint in this matter pursuant to Federal Rules of Civil Procedure Rule 4(d), Rule 4(e) and/or any other service requirement promulgated by the Hague Convention relating to Service Abroad of Judicial and Extrajudicial Documents as it applies to German business entities.

4. This Court has jurisdiction over the subject matter in issue.

5. e.Digital is the owner by Assignment of the entire right, title, and interest in and to Asserted Patents:

    a. United States Patent No. 5,839,108 entitled "Flash Memory File

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

[PROPOSED] CONSENT JUDGMENT     CASE NO. 3:12-CV-02696-DMS-WVG

System In A Handheld Record And Playback Device;"

b. United States Patent No. 5,842,170 entitled "Method For Editing In Hand Held Recorder;"

c. United States Patent No. 5,742,737 entitled "Method For Recording Voice Messages On Flash Memory In A Hand Held Recorder;" and

d. United States Patent No. 5,491,774 entitled "Handheld Record And Playback Device With Flash Memory."

6. The Defendants admit that the Asserted Patents are valid and have been infringed by the sale of the Accused Products within the United States identified as all Grundig digital voice recorders/dictation devices, including, but not limited to, the Digta 7 series of dictation devices including but not limited to the Digta 7 Premium, the Digta 7 Push, and the Digta 7 Premium BT; the Digta 4000 series of products including but not limited to the Digta 4015 and the Digta 4015 DS; the Diginotice dictation series devices; and the Digta 400 series dictation devices including but not limited to the Digta 405, the Digta 410, the Digta X420, and Digta 422; and the Diginotice dictation series devices.

7. Permanent Injunction shall issue against Grundig and Smoltz, enjoining each of them as well as their officers, agents, servants, employees, U.S. distributors, attorneys and those in acting in concert with them permanently from making, using or selling the Accused Products, and any derivation thereof which infringe any claim of the Asserted Patents in the United States, until individually,

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

[PROPOSED] CONSENT JUDGMENT     CASE NO. 3:12-CV-02696-DMS-WVG

each of the patent expires, However, it is the parties' intention that this Consent Judgment shall have no bearing or enforcement on any actions taken in regards to the Accused Products outside of the United States or any products not listed herein as being the Accused Products

8.  The Parties acknowledge that Grundig and Smoltz still offer service to the products that have been sold into the marketplace. Further the Parties agree to the fact that Smoltz will provide service and maintenance support to these products.

9.  The Parties acknowledge that Grundig still manufacturers and distributes analog voice recorders ("Non-Accused Products") that are not part of the list of Accused Products subject to this litigation or Judgment. Specifically, these products are listed below. Grundig may still distribute these Non-Accused Products in the United States without violating the terms of this Judgment:

a)  **Grundig Analog Devices**

i)   3110T;

ii)  3110TG;

iii) 3110D;

iv)  3110C;

v)   3110CG;

vi)  DH2028;

vii) SH10;

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

[PROPOSED] CONSENT JUDGMENT         -4-         CASE NO. 3:12-CV-02696-DMS-WVG

      viii)    SH24;

      ix)    ST3210;

      x)    ST3220; and,

      xi)    ST3230 only.

  b.  **Microphones**

      i)    Digta Sonic MIC II;

      ii)    Digta Sonic MIC II Classic; and,

      iii)    Digta Cordex only.

  c.  **Analog Accessories**

      i)    MC60 3-Pack Microcassette tapes;

      ii)    Steno Cassette 30 (5 Pack) Steno Tape Professional, with integrated minute scale;

      iii)    800FX Dictation microphone for 3110;

      iv)    IN-Foot Pedal - 3 Position foot pedal with Grundig Connector;

      v)    536 Foot Pedal 3 position foot pedal with Grundig Connector;

      vi)    568 Swingphone Grundig connector, under chin bow, dual speaker, adjustable Spectra Headset with Grundig Connector;

      vii)    565 Adjustable head bow, rubber foam ear pads -

[PROPOSED] *CONSENT JUDGMENT*      CASE NO. 3:12-CV-02696-DMS-WVG

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

Grundig Connector;

viii) 957 Single ear headset with Grundig Connector;

ix) 520 Headset with neck bow and Grundig Connector;

x) 541 2 function Hand Controller with Grundig Connector;

xi) 462 Battery Pack For Digta analog portables and 4015 683 CUC AC Adapter for 3110;

xii) 514 Stetho Clip Under the chin style stetho-style sound tube only;

xiii) 678 CUC AC Adapter Charger for analog portables; and,

xiv) DH2028 only.

10. Further, Judgment in the amount of $10,250.00 shall be entered against Grundig and Smoltz, jointly and severally, as an award of recoverable attorney's fees and costs. Grundig and Smoltz agree to pay this total Judgment amount no later than fifteen (15) calendar days after the entry of this Judgment.

11. This Court shall maintain continuing jurisdiction to enforce this Judgment and all parties hereby agree that service or notice of any further proceedings may be accomplished under Rule 4(d) of the Federal Rules of Civil Procedure.

12. This Consent Judgment may be executed in counterparts, each of which shall be deemed to constitute an original counterpart hereof, and all of which shall together constitute one and the same Consent Judgment. One or more

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-6-

[PROPOSED] CONSENT JUDGMENT                CASE NO. 3:12-CV-02696-DMS-WVG

counterparts of this Consent Judgment may be delivered by facsimile or electronic transmission with the intent that it, or they, shall constitute an original counterpart hereof.

13. The Clerk is directed to enter this Judgment forthwith.

Dated: 6-25-13

_____
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO BY:

Dated: June 7, 2013    By: _____
                          Fred Falk
                          As an Agent and Representative of
                          e.Digital Corporation

Dated: June , 2013     By: _____
                          John Smoltz
                          As an Agent and Representative of
                          Smoltz Distributing, Inc.

Dated: June , 2013     By: _____
                          Alexander Mueller
                          As an Agent and Representative of
                          Grundig Business Systems GmbH
                          (erroneously sued as Grundig Intermedia
                          GmbH and GBS North America L.L.C.
                          dba Grundig Business Systems)

APROVED TO AS TO FORM AND CONTENT:

Dated: June , 2013     HANDAL & ASSOCIATES
                       By: _____
                          Anton N. Handal
                          Gabriel G. Hedrick
                          Pamela C. Chalk
                          Attorneys for Plaintiff
                          e.Digital Corporation

(Signatures Continued On Next Page)

-7-

[PROPOSED] CONSENT JUDGMENT                CASE NO. 3:12-CV-02696-DMS-WVG

counterparts of this Consent Judgment may be delivered by facsimile or electronic transmission with the intent that it, or they, shall constitute an original counterpart hereof.

13.　The Clerk is directed to enter this Judgment forthwith.

Dated: _____  _____

UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO BY:

Dated: June , 2013

By: _____
Fred Falk
As an Agent and Representative of
e.Digital Corporation

Dated: June  , 2013

By: _____
John Smoltz
As an Agent and Representative of
Smoltz Distributing, Inc.

Dated: June  , 2013

By: _____
Alexander Mueller
As an Agent and Representative of
Grundig Business Systems GmbH
(erroneously sued as Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems)

APROVED TO AS TO FORM AND CONTENT:

Dated: June  , 2013

HANDAL & ASSOCIATES
By: _____
Anton N. Handal
Gabriel G. Hedrick
Pamela C. Chalk
Attorneys for Plaintiff
e.Digital Corporation

(Signatures Continued On Next Page)

-7-

[PROPOSED] *CONSENT JUDGMENT*　　　　CASE NO. 3:12-CV-02696-DMS-WVG

counterparts of this Consent Judgment may be delivered by facsimile or electronic transmission with the intent that it, or they, shall constitute an original counterpart hereof.

13. The Clerk is directed to enter this Judgment forthwith.

Dated: _____        _____

UNITED STATES DISTRICT JUDGE

**AGREED AND CONSENTED TO BY:**

Dated: June , 2013

By: _____
Fred Falk
As an Agent and Representative of
e.Digital Corporation

Dated: June , 2013

By: _____
John Smoltz
As an Agent and Representative of
Smoltz Distributing, Inc.

Dated: June 19 2013

By: _____
Roland Hollstein
As an Agent and Representative of
Grundig Business Systems GmbH
(erroneously sued as Grundig Intermedia
GmbH and GBS North America L.L.C.
dba Grundig Business Systems)

**APROVED TO AS TO FORM AND CONTENT:**

Dated: June , 2013        **HANDAL & ASSOCIATES**
By: _____
Anton N. Handal
Gabriel G. Hedrick
Pamela C. Chalk
Attorneys for Plaintiff
e.Digital Corporation

(Signatures Continued On Next Page)

-7-

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

counterparts of this Consent Judgment may be delivered by facsimile or electronic transmission with the intent that it, or they, shall constitute an original counterpart hereof.

13. The Clerk is directed to enter this Judgment forthwith.

Dated: _____       _____

                                                UNITED STATES DISTRICT JUDGE

**AGREED AND CONSENTED TO BY:**

Dated: June , 2013

By: _____
Fred Falk
As an Agent and Representative of
e.Digital Corporation

Dated: June , 2013

By: _____
John Smoltz
As an Agent and Representative of
Smoltz Distributing, Inc.

Dated: June , 2013

By: _____
Alexander Mueller
As an Agent and Representative of
Grundig Business Systems GmbH
(erroneously sued as Grundig Intermedia GmbH and GBS North America L.L.C. dba Grundig Business Systems)

**APROVED TO AS TO FORM AND CONTENT:**

Dated: June , 2013

HANDAL & ASSOCIATES
By: /s/ Pamela C. Chalk
Anton N. Handal
Gabriel G. Hedrick
Pamela C. Chalk
Attorneys for Plaintiff
e.Digital Corporation

(Signatures Continued On Next Page)

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

Dated: June 10, 2013      MELFI & ASSOCIATES

By: _____
Michael S. Melfi
Attorneys for Defendants
Grundig Business Systems GmbH
(erroneously sued as Grundig Intermedia
GmbH and GBS North America L.L.C.
dba Grundig Business Systems); and,
Smoltz Distributing, Inc.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

[PROPOSED] CONSENT JUDGMENT         -8-         CASE NO. 3:12-CV-02696-DMS-WVG